Martin F. Murray, Respondent, v. Julius Oppenheimer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Adam Partenfelder, Plaintiff, v. Isadore Finkler, Defendant.— Submitted controversy dismissed, without costs, on the ground that it is not signed and acknowledged by the parties thereto, as required by section 1279 of the Code of Civil Procedure. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. George Affron, Appellant.— Judgments of the County Court of Suffolk county and the Court of Special Sessions in the town of Easthampton reversed and a new trial ordered in the County Court of Suffolk county, pursuant to section 768 of the Code of Criminal Procedure, on the ground of error in the admission of testimony of the witness Huntting, at the trial in the Court of Special Sessions. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank Romain, an Infant, by Frank Romain, Sr., His Guardian ad Litem, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that unless there was no headlight burning upon the locomotive of the train which struck plaintiff, he has not shown himself to be free from negligence contributing to the injury. The absence of such headlight is not only not established by a fair preponderance of evidence, but the great weight of disinterested testimony is to the contrary, and that such light was burning. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

William Schweizer and Josephine Schweizer, Respondents, v. William P. Hickok and Others, Defendants, Impleaded with Lilias R. Hickok, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant appellant to answer within twenty days upon payment of the costs of the appeal and ten dollars costs of motion. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

Swift & Company, Appellant, v. New York and Queens County Railway Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on authority of *Swift & Co.* v. *N. Y. & Queens County R. Co.* (136 App. Div. 34). Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

John Thatcher and Edwin H. Thatcher, Appellants, v. Charles S. Buell, Sued as C. S. Buell, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

Village of Haverstraw, Respondent, v. J. Esler Eckerson, Appellant, Impleaded with John H. O'Brien and Others, Defendants.— Order modified by providing that the appellant may purge himself of contempt by complying with the judgment before the 1st day of October, 1912, and as so modified affirmed, without costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.